v.

**Herman Reece ODOM, Jr., a.k.a. "Scooter", Defendant–Appellant.**

**No. 10–11104**
**Non–Argument Calendar.**

United States Court of Appeals, · Eleventh Circuit.

Aug. 24, 2010.

Steven E. Butler, Assistant U.S. Attorney, Donna Barrow Dobbins, George F. May, Assistant U.S. Attorney, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

William Gregory Hughes, Andrew McEvilley Jones, Attorneys at Law, Mobile, AL, Herman Reece Odom, Jr., Fountain CF, Atmore, AL, for Defendant–Appellant.

Before BLACK, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Herman Reece Odom, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Odom's conviction and sentence are **AFFIRMED.**